| | |
|---|---|
| ROBERT J. YORIO (SBN 93178) | ELIYAHU NESS (SBN 311054) |
| yorio@carrferrell.com | eness@nesslegal.com |
| ILENE GOLDBERG (SBN 168051) | NESS PLLC |
| igoldberg@carrferrell.com | 12100 Wilshire Blvd., Suite 800 |
| CARR & FERRELL LLP | Los Angeles, CA 90025 |
| 411 Borel Ave., Suite 603 | Telephone No.: (213) 294-4322 |
| San Mateo, California 94402 | |
| Telephone No.: (650) 812-3400 | Attorney for Defendant |
| Facsimile No.: (650) 812-3444 | RUNWAY, LTD., and SHLOMO TOUBOUL |

Attorneys for Plaintiff
U.S. VENTURE PARTNERS XII, L.P.,
U.S. VENTURE PARTNERS XII-A, L.P.,
and THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. VENTURE PARTNERS XII, L.P., U.S. VENTURE PARTNERS XII-A, L.P. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiffs, <br><br> vs. <br><br> RUNWAY, LTD., an Israeli company and SHLOMO TOUBOUL, an Israeli citizen, <br><br> Defendants. | CASE NO. 25-cv-00639-WHO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs, U.S. Venture Partners XII, L.P., U.S. Venture Partners XII-A, L.P. and The Board of Trustees of the Leland Stanford Junior University (collectively "U.S. Venture Partners"), and Defendants, Runway, Ltd. and Shlomo Touboul (collectively "Defendants"), by and through their undersigned counsel, advise the Court that this action has been settled and hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) to a dismissal with prejudice, of all claims, counterclaims and defenses filed or otherwise asserted in this action. Each party shall bear his or its own costs and attorneys' fees in connection with this action.

Dated: June 12, 2025  **CARR & FERRELL LLP**

By ___/s/ Robert J. Yorio___
ROBERT J. YORIO

Attorneys for Plaintiffs
U.S. VENTURE PARTNERS XII, L.P.,
U.S. VENTURE PARTNERS XII-A, L.P. and
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY

Dated: June 12, 2025  **NESS PLLC**

By ___/s/ Eliyahu Ness___
ELIYAHU NESS

Attorney for Defendants
RUNWAY, LTD. and SHLOMO TOUBOUL

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By _____*Robert J Yorio*_____
Robert J. Yorio

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL is approved, and this action is dismissed with prejudice with each party to bear his or its attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 13, 2025

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE